# EXHIBIT B

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | : |
| Plaintiff, | : Civil Action No. 14-cv-00537 (JLL)(JAD) |
| v. | : |
| NAIDIP HOSPITALITY-I, LLC, a Florida Limited Liability Company; and JAYESH PATEL, an individual, | : **NOTICE OF DISMISSAL** |
| Defendants. | : |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Days Inns Worldwide, Inc., and its counsel LeClairRyan, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendants Naidip Hospitality-I, LLC and Jayesh Patel.

LeClairRyan
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

By: _____
**Bryan P. Couch**
Dated: 5/1/14

SO ORDERED
DATED: 5/8/14